UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

IN RE:  DONALD G. GRACE            )
                                   ) CASE NO. 11-50787
                                   ) CHAPTER 7
                                   )
           DEBTOR(S)                )

## AMENDMENT TO SCHEDULE "I"

Comes the Debtor, **DONALD G. GRACE**, by and through counsel, and hereby amends **Schedule "I"** as shown by the attached exhibit:

## AMENDMENT TO SCHEDULE "J"

Comes the Debtor, **DONALD G. GRACE**, by and through counsel, and hereby amends **Schedule "I"** as shown by the attached exhibit:

Executed on January 10, 2013.

/S/ DONALD G. GRACE

**/S/ MARK L. ASHBURN
ATTORNEY FOR DEBTOR(S)
535 BROADWAY
POST OFFICE BOX 268
PADUCAH, KENTUCKY 42002-0268
(270) 444-0433**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

IN RE:  DONALD G. GRACE                    )
                                           ) CASE NO. 11-50787
                                           ) CHAPTER 7
                                           )
_____DEBTOR(S)_____            )

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the attached **Amendment to Schedule "I and J"** of the above-Debtor was this 10th day of January, 2013, forwarded to:

**Mark R. Little, Trustee**
**1917 Versnick Way**
**Madisonville, KY  42431**

by filing this electronically with the **United States Bankruptcy Court** and by mailing a copy to **all interested parties**.

**This the 10th day of January, 2013.**

/S/ MARK L. ASHBURN
ATTORNEY FOR DEBTOR(S)
POST OFFICE BOX 268
535 BROADWAY
PADUCAH, KENTUCKY 42002-0268
(270) 444-0433