## Section 5 — Current Income

List all dependents of you and your spouse, their ages, and their relationship to you.

Marital Status:
- ☐ Married
- ☐ Single
- ☒ Divorced
- ☐ Separated
- ☐ Widowed

| Name | Age | Relationship |
|------|-----|--------------|
|      | 18  | Son          |

### Part A. Debtor's Income

1. What is your occupation? _Truck Driver_
2. Name and address of your employer:
   _Federal Materials Co._
   _2425 Wayne Sullivan Drive_
   _Paducah, KY 42001_
3. How long have you been employed there? _1½ years_
4. What is the gross amount of your paycheck, before taxes/other deductions are taken out? $ _913.41_
5. How often do you get paid?
   - ☐ every two weeks
   - ☐ once a month   ☐ other _____
   - ☒ once a week
   - ☐ twice a month

Complete the below questions with your estimate of monthly averages.

6. Do you receive overtime pay outside of your salary? If so, how much per month? $ _____
7. How much is taken out of each paycheck for taxes and social security? $ _235.40_
8. How much is taken out for insurance? $ _45.10_
9. How much for union dues? $ _____
10. Are there other deductions? If so, what are they and how much? _____

Do you receive
a) income from business operations outside of your regular paycheck listed above? If so, what is the business and how much do you receive per month?
b) income from real estate property? If so, how much per month?   ☐No  ☐Yes $_____
c) interest or dividends? If so, how much per month?   ☐No  ☐Yes $_____
d) alimony or family support payments for your use or for the care of your dependents? If so, how much per month?   ☐No  ☐Yes $_____
e) social security or other forms of monetary government assistance? ☐No  ☐Yes $_____
f) retirement or pension money? ☐No  ☐Yes $_____

Do you have any other sources of income not listed?

Are you or your spouse expecting any increase or decrease in salary next year? If so, explain.

### Part B. Joint Debtor's Income

1. What is your spouse's occupation? _____
2. Name and address of your spouse's employer:
3. How long employed there? _____
4. What is the gross amount of your spouse's paycheck, before taxes/other deductions? $ _____
5. How often does your spouse get paid?   ☐ once a week   ☐ every two weeks   ☐ twice a month   ☐ once a month  ☐ other _____

Complete the below questions with your estimate of monthly averages.

6. Does your spouse receive overtime pay outside of your salary? How much per month? $ _____
7. How much is taken out of each paycheck for taxes and social security? $ _____
8. How much is taken out for insurance? $ _____
9. How much for union dues? $ _____
10. Are there other deductions? If so, what are they and how much? _____

Does your spouse receive
a) income from business operations outside of the regular paycheck listed above? If so, what is the business and how much does your spouse receive per month?
b) income from real estate property? If so, how much per month?   ☐No  ☐Yes $_____
c) interest or dividends? If so, how much per month?   ☐No  ☐Yes $_____
d) alimony or family support payments for spouse's use or for care of dependents? If so, how much per month?   ☐No  ☐Yes $_____
e) social security or other forms of monetary government assistance? ☐No  ☐Yes $_____
f) retirement or pension money? ☐No  ☐Yes $_____

Does your spouse have any other income not listed?

## Section 6 ∽ Current Expenses

Do you and your spouse maintain separate households? ☐ No  ☐ Yes. If so, fill one page out for your household and another for your spouse's.

The following questions ask for your expenses each month. If you are unsure of the amount you pay each month, but know the amount for a different period (per week, per day, every 2 months, etc.,), write in the amount and the frequency that you pay the amount.

**Indicate how much you pay for each item each month...**

1. your rent or your home mortgage $ 400
   Does that amount include real estate taxes? ☐ No  ☐ Yes
   Does it include property insurance? ☐ No  ☐ Yes
2. electricity and heating $ 150
3. water and sewage $ 35
4. telephone service/long distance $ 90
5. Do you have any other utility bills? If so, what, and how much per month?
   Cable $ 100
   $
6. home maintenance, including repairs and general upkeep $
7. food $
8. clothing $ 400
9. laundry and dry cleaning $ 100
10. medical and dental expenses $
11. transportation (not including car payments) $ 50
12. entertainment, recreation, newspapers, magazines $ 150
13. charitable contributions $ 50
14. insurance not deducted from paycheck $
    a) homeowner's or renter's insurance
    b) life insurance $
    c) health insurance $ 23
    d) auto insurance $
    e) other insurance_____ $ 53
15. taxes not deducted from paycheck $
16. installment payments for car, furniture, etc. (Specify)
    $
    $
    $
17. alimony, maintenance, support paid to others $
18. payments for support of dependents not living at home $
19. expenses from operation of business $

**Additional Expenses (707(b) Expenses)**

20. mandatory payroll deductions not already listed _____ $
    $
    $

21. court ordered payments not already listed __Child Support__    $ __220__
   __Honey Holmes, P.O. Box 212, 532 Broadway,__    $ _____
   __LaCenter, KY 42056__    $ _____
22. education necessary to maintain employment    $ _____
23. education for a physically or mentally challenged child    $ _____
24. childcare    $ _____
25. disability insurance (if not listed on line 14)    $ _____
26. health savings accounts    $ _____
27. care for elderly, chronically ill, or disabled family members    $ _____
28. protection from family violence    $ _____
29. education expense for your children under 18    $ _____
30. non-mandatory contributions to retirement accounts (including loan repayment)
   _____    $ _____
   _____    $ _____
31. other expenses not listed above _____    $ _____
   _____    $ _____
   _____    $ _____
   _____    $ _____
   _____    $ _____